AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

United States of America
v.
**MARKEESE HASTINGS**
*Defendant*

Case No. 26-23-12

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MARKEESE HASTINGS,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18:224 BRIBERY IN SPORTING CONTESTS
18:1349 CONSPIRACY TO COMMIT WIRE FRAUD

Date: 01/14/2026

s/ JIMMY CRUZ, DEPUTY CLERK
*Issuing officer's signature*

City and state: PHILADELPHIA, PA

/S/ GEORGE V. WYLESOL, CLERK OF COURT
*Printed name and title*

(Seal: George Wylesol, Clerk of Court, U.S. District Court, Eastern District of PA)

### Return

This warrant was received on *(date)* 1/15/2026, and the person was arrested on *(date)* 1/15/2026
at *(city and state)* Grand Rapids, MI

Date: 1/15/2026

*Arresting officer's signature*

Special Agent Aaron F. Bartholomew
*Printed name and title*